No. 91–124. SWOYER *v.* PENNSYLVANIA DEPARTMENT OF
TRANSPORTATION. Commw. Ct. Pa. Motion of respondent for

922

award of damages denied. Certiorari denied. 